IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK DANIEL GREELEY,<br>    Petitioner<br>    v.<br>MICHAEL HARLOW, WARDEN,<br>S.C.I. MERCER,<br>    Respondent | Case No. 3:12-cv-71-KRG-KAP |
| MARK DANIEL GREELEY,<br>    Petitioner<br>    v.<br>MICHAEL HARLOW, WARDEN,<br>S.C.I. MERCER,<br>    Respondent | Case No. 2:12-cv-650-KRG-KAP |

MEMORANDUM ORDER

Petitioner's motion for reconsideration in Case No. 3:12-cv-71-KRG-KAP, docket no. 7, docket no. 9, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(c) and Local Rule 72.1 for Magistrate Judges. The Magistrate Judge filed a Report and Recommendation on July 16, 2012, docket no. 11, recommending that the motion be denied. Meanwhile, petitioner filed a notice of appeal, docket no. 10.

The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to serve and file written objections to the Report and Recommendation. No objections were filed and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this **3rd** day of August 2012, it is

ORDERED that the motion for reconsideration at Case No. 3:12-cv-71-KRG-KAP, docket no. 7, is denied.

Petitioner has more recently filed a parallel motion to reconsider in Case No. 2:12-cv-650-KRG-KAP, docket no. 7. To use judicial time most efficiently, that motion to reconsider is denied as well.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Mark D. Greeley HG-0618
S.C.I. Mercer
801 Butler Pike
Mercer, PA 16137